NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## MISCELLANEOUS DOCKET NO. 894

## IN RE NICHIA CORPORATION,

Petitioner.

On Writ of Mandamus from the United States International Trade Commission in Investigation no. 337-TA-627, Administrative Law Judge Robert K. Rogers, Jr.

ON PETITION FOR WRIT OF MANDAMUS

ORDER

Upon consideration of the unopposed motion to withdraw this mandamus petition,*

IT IS ORDERED THAT:

(1)    The motion is granted.  The petition is dismissed.

(2)    Any other pending motions are denied as moot.

FOR THE COURT

FEB 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2009

JAN HORBALY
CLERK

cc:    Robert P. Parker, Esq.
       Thomas L. Jarvis, Esq.
s8

---

*       It is not the court's usual practice to designate a dismissal order due to withdrawal as being with or without prejudice.